**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Criminal Case No.: 2:22-CR-00006** |
| **V.** ) | |
| ) | |
| **ALEXANDER ORTIZ** ) | |
| **JORGE EFRAIN PEREZ, JR.** ) | |
| **DESTINY RAEANN PEREZ** ) | |

**NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING**
**BUSINESS RECORDS PURSUANT TO FRE 902(11)**

Comes now the United States of America, by counsel, and provides notice to the Defendants of the government's intent to introduce self-authenticating business records pursuant to Federal Rule of Evidence 902(11). Specifically, the government intends to introduce the following certified business records:

1. Norton Rescue Squad records regarding J.W., certificate of authenticity attached hereto as Exhibit 1.

2. Ballad Health Norton Community Hospital medical records regarding J.W., certificate of authenticity attached hereto as Exhibit 2.

3. Ballad Health Norton Community Hospital medical records regarding J.M., certificate of authenticity attached hereto as Exhibit 3.

4. Ballad Health Niswonger Children's Hospital medical records regarding J.M., certificate of authenticity attached hereto as Exhibit 4.

5.  Instagram records for Paul Perkins' account, username "big.reddd4321" and identifier 50116565362, certificate of authenticity attached hereto as Exhibit 5.

6.  Instagram records for Alexander Ortiz's account, username "galexy710" and identifier 47415120091, certificate of authenticity attached hereto as Exhibit 6.

7.  Woodforest National Bank records of Paul Perkins' Checking Account, certificate of authenticity attached hereto as Exhibit 7.

8.  CashApp account records for Paul Perkins, Aaron Stidham, Destiny Perez, Alexander Ortiz, Faith Jones, Natalie Mena, Diana Benavides ("Marie"), and Jorge Perez, certificates of authenticity are attached collectively hereto as Exhibit 8.

9.  West America Bank records of Natalie Mena, certificate of authenticity attached hereto as Exhibit 9.

10. Sutton Bank records of Jorge Perez, certificate of authenticity attached hereto as Exhibit 10.

Copies of the referenced business records have been made available to the Defendants via the government's discovery responses in this case, which are incorporated herein by reference.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

s/Danielle Stone
VSB No.: 84503
Lena L. Busscher
VSB No.: 82353
U.S. Attorney's Office

        180 West Main Street, Suite B19 Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail:USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

        /s/ Danielle Stone, VSB # 84503